UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MCKOBY, | CASE NO. C25-0821-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| ELITE PUBLISHER et al., | |
| Defendant(s). | |

This matter comes before the Court on its own motion. On June 3, 2025, the Court screened the complaint under 28 U.S.C. § 1915 and found that Plaintiff failed to state a claim upon which relief can be granted. Dkt. No. 6. The Court dismissed the complaint and provided Plaintiff leave to amend to correct the deficiencies explained in the Court's dismissal order. *Id.* The Court also warned that it may dismiss this action if Plaintiff fails to file an amended complaint or adequately address the issues identified in the dismissal order. *Id.* at 4.

Accordingly, Plaintiff is ORDERED to provide an explanation no later than **July 28, 2025**, of why this case should not be dismissed for failure to prosecute. If Plaintiff does not respond to this order, the Court will dismiss the case without prejudice.

ORDER TO SHOW CAUSE - 1

1   Dated this 8th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 2