UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MCKOBY, | CASE NO. C25-0821-KKE |
| Plaintiff(s), | DISMISSAL ORDER |
| v. | |
| ELITE PUBLISHER et al., | |
| Defendant(s). | |

On June 3, 2025, the Court dismissed the complaint for failure to state a claim and with leave to amend. Dkt. No. 6. The Court ordered Plaintiff to file his amended complaint by June 24, 2025. *Id.* at 1. Because Plaintiff did not amend his complaint within the allotted time, the Court ordered Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute. Dkt. No. 7. The Court cautioned Plaintiff that if he did not respond to the order by July 28, 2025, the Court will dismiss the case. *Id.*

Plaintiff has not timely responded to the Court's order. Accordingly, the Court DISMISSES this action without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

1 | Dated this 30th day of July, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 2